

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2016

No. 04-16-00559-CR

Stanley Foster **BAKER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1755-CR-A
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

After we granted court reporter Lori Schmid's first motion for extension of time to file the reporter's record, the record was due to be filed with this court on October 19, 2016. *See* TEX. R. APP. P. 35.3(c). On October 13, 2016, the court reporter filed a second request for an extension of time to file the record until November 18, 2016, for a total extension of sixty days.

The request is GRANTED. The reporter's record must be filed with this court by November 18, 2016. *See id.*

If the court reporter is unable to file the record by November 18, 2016, any further request for additional time to file the record must be accompanied by a signed, written status report. The report must describe the transcript by day with the date, description, page counts, and remarks for each day. The page counts must include the total number of pages, the number of pages edited, proofread, and formatted into the required electronic form (including bookmarks). The report may describe any unusual aspects of the record. The report must describe any problems the court reporter reasonably believes may delay the completion of the record beyond the requested date. A preferred form for the status report, with an accompanying example, is attached to this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2016.



Keith E. Hottle
Clerk of Court

# Court Reporter Status Report
## Preferred Format

Cause Number:

Style:

| Event date | Event description | Page Counts | | | | Remarks |
|---|---|---|---|---|---|---|
| | | Total | Edited | Proofread | E-format | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Totals | | | | | |

Guidelines

1. Each reporter must submit a separate status report
2. E-format includes proper bookmarking

# Court Reporter Status Report
# Example Report

Cause Number: 04-11-99123-CV

Style: Conrad v. Nelson

| Event date | Event description | Page Counts | | | | Remarks |
|---|---|---|---|---|---|---|
| | | Total | Edited | Proofread | E-format | |
| 8/22/2011 | Daubert motions, motions in limine | 45 | 45 | 45 | 45 | |
| 8/22/2011 | Pre-trial motions: motion to sever, motion to strike | 87 | 87 | 87 | 0 | |
| 8/23/2011 | Voir dire | 132 | 94 | 0 | 0 | |
| 8/24/2011 | Pre-trial motions: motion to compel, motion in limine | 59 | 0 | 0 | 0 | |
| 8/25/2011 | Opening statements; testimony of Mike Conrad | 210 | 0 | 0 | 0 | |
| 8/26/2011 | Testimony of Anna Dunn | 285 | 0 | 0 | 0 | |
| 8/29/2011 | Testimony of Bob Nelson | 315 | 0 | 0 | 0 | |
| 8/30/2011 | Testimony of Mauricio Ramirez | 113 | 0 | 0 | 0 | |
| 8/29/2011 | Motions; closing arguments; return of verdict | 145 | 0 | 0 | 0 | |
| 8/30/2011 | Post-verdict motions: JNOV, motion for new trial | 76 | 0 | 0 | 0 | |
| | Totals | 1,467 | 226 | 132 | 45 | |

Guidelines

1. Each reporter must submit a separate status report

2. E-format includes proper bookmarking